IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARC ERIC SCHWENK,

    Plaintiff,

vs.                                  No. CV 15-1133 KG/KRS

CIBOLA COUNTY DETENTION CENTER,
MELODY POHL, and CAROL LUCERO,

    Defendants.

## JUDGMENT

**THIS MATTER** having come before the Court, *sua sponte* under 28 U.S.C. § 1915(e)(2)(B) on the Prisoner's Civil Rights Complaint filed by Plaintiff Marc Eric Schwenk on December 14, 2015 (Doc. 1), and the Court having entered its Memorandum Opinion and Order dismissing this action,

**IT IS THEREFORE ORDERED** that **JUDGMENT** is hereby entered against Plaintiff, Marc Eric Schwenk, and the Prisoner's Civil Rights Complaint filed by Plaintiff Marc Eric Schwenk on December 14, 2015 (Doc. 1) and all claims and causes of action in this proceeding are **DISMISSED** with prejudice.

_____
UNITED STATES DISTRICT JUDGE